**Judgment in a Civil Case**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID A. CHICK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | NO. CV 04-4011-PMF |
| ) | |
| **TECO BARGE LINES,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs..

DATED: March 9, 2007          NORBERT G. JAWORSKI, CLERK

                              By: s/Karen R. Metheney
                                  Deputy Clerk

**APPROVED:**

*s/Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**